

# MEMORANDUM OPINION

No. 04-10-00637-CV

**IN RE** Jim **HIDY** and Beverly **HIDY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Steven C. Hilbig, Justice

Delivered and Filed: September 15, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On September 2, 2010, relator filed a petition for writ of mandamus and a motion for temporary relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-08961, styled *Jim Hidy, Jr. and Beverly Hidy v. Methodist Healthcare System of San Antonio, Ltd., LLP d/b/a Methodist Hospital and Mark Canales, M.D.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding. However, the order complained of was signed by the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas.